# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Le'Mere Jones, Pro se

FILED
01/20/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

Case Number:
1:23-cv-128-RLY-MJD

(Full name of defendant(s))

Centurion Health Services, Sarah Bedwell, Bobbi Riggs, Nurse Kim Hobson, Nurse Wolf, Nurse Heather, Nurse Tusk, Nurse Jones, Nurse John, Nurse Powers, Warden F. Vanibel, Grievance Specialist Shelby Critchfield, Counselor Heather Mills, Ms Cowley, Administration Adrian McDonald, Mike Ellis, Oral Surgeon Alderman Rob at IYC.

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of Indiana, and is located at
    (State)

    I.D.O.C Wabash Valley Correctional Facility P.O. Box 1111 Carlisle IN 47838-1111
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant Centurion Health Services (Ect. see attached)
    (Name)

Complaint - 1

Ⓐ Parties Continued

Defendants

All listed defendants are residents of Indiana. Medical defendants are employed by Centurion Health Services at the time of the violation of the Plaintiff's rights.

All other listed defendants are employed by the Wabash Valley Correctional Facilities, and/or the State of Indiana.

Centurion Employees.
Sarah Bedwell - Health Service Administrator
Bobbi Riggs - Director of Nursery
Dr Byrd - Doctor (MD)
Dr. Seidl Geoffrey - Dentist
Dr. Monica Vance - Dentist
Adrian McDonald - Head of Scheduling Trips
LPN - Kim Hobson
LPN - Ms. Wolf
LPN - Ms. Tusk
LPN - Ms. Heather
LPN - Mr. Powers / Mr. John
LPN - Ms. Jones

Wabash Valley Correctional Facility and/or State employees
Frank Vanihel - Warden
Ms. Coakley - Grievance Manager
Shelby Crichfield - Grievance Specialist

Ms Heather Mills – Counselor

Mr. Mike Ellis – Lawyer for Wabash Valley Correctional Facility

Ms Heather Mills – Counselor

Mr. Mike Ellis – Lawyer for Wabash Valley Correctional Facility

is-(if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In 2008 the Plaintiff suffered multiple injuries from a broken and dislocations. Due to these injuries the Plaintiff had to have a metal rod and two nickel-plated plates surgically inserted into his broken right lower jaw. Sometime in January, 2022, the Plaintiff began experiencing unbearable pain from the area where the hardware sat in his jaw. So he filed a health care request form. On 2-2-22 the Plaintiff was prescribed Amox 600 mg and Ibuprofen 600 mg by Dr. Byrd for his swollen jaw and pain caused by "tooth" #32. The Plaintiff continued to have unbearable pain and continued to file Health Care Request. On 3-1-22, the Plaintiff had a limited oral evaluation

by Dr. Seidl Geoffrey (Dentist) as well as a single periapical X-ray. He was again prescribed Ibuprofen. On 4-1-22 the plaintiff was seen again by Dr. Thole Scott (Dentist) at which time he put in a referral for an A.S.A.P. visit to an outside oral surgeon, for a thorough evaluation of the site and tx prn. Between 3-25-22 and 9-22-22 the plaintiff suffered from six different infections. When he was diagnosed with the first infection he was prescribed antibiotics and told to let them take their course, but once they ran out he began to again suffer unbearable pain from another infection with major swollness and irritation where a yellowish pus like discharge was coming out his gumms. The Plaintiff again began filing HealthCare Request. The Plaintiff was talked to by multiple LPN's during the 175 day he waited for an ASAP visit to an Oral Surgeon, between 4-1-22 and 9-22-22. Upon talking to the LPNs, the Plaintiff was continually told to file H.C.R and wait to be sent out, but yet none of the medical department or prison administration were working making any extra effort to get the Plaintiff to an oral surgeon which caused the Plaintiff condition to worsen as well as catching four more infections

Complaint - 3

Not only was nobody attempting to get him out to a recommended ASAP oral surgeon, but on 9-9-22 LPN Ms Heather gave the plaintiff Ibuprofen even though he was not suppose to be taking Ibuprofen with Naproxine. Between 8-15-22 and 9-9-22 the plaintiff began to attempt to exhaust his administrated grievance remedies but was denied his fourteenth amendment right, due to the facility grievance office returning his grievances, Which means they were stating the plaintiff was violating the grievance policy. The plaintiff had began filing grievances because he continued to experience unbearable pain and infections due to not being sent out ASAP to the oral surgeon. Instead of properly investigating the plaintiff claim the grievance office (S. Crichfield) returned his grievance multiple time because the plaintiff "was on the schedule to be seen by the medical doctor." For one, just because the plaintiff was on a schedule list does not mean his grievance violated policy. For two the plaintiff was not

grieving anything to do with being seen by the facility Medical Doctor, and therefore the grievance office was knowingly and intentionally violating the Plaintiff 14th amendment right with-out a show of deliberate indifference. The Plaintiff was completely treated unfairly while attempting to exhaust his administrated grievance remedies and while dealing with the state. Therefore his 14th amendment was violated by state representatives who were acting under the color of law in their offical capacities. Finally on 9-22-22 the Plaintiff was sent out to the oral surgeon at IYC 175 days later, which is not ASAP and had to have a irritated "rotten" tooth that was moving under his gums removed. It was determined that this tooth was why the Plaintiff was suffering from unbearable pain and infections. The constitutional rights of prisoners Section 1-10.3 right to medical aid states: The Power of the federal courts to adjudicate a prisoners complaint about medical treat-ment requires that a federal right be involved in

the medical treatment. The prisoner must allege the presence of a federally protected right. Several federally protected rights have been named by the courts in medical treatment cases. Two of these have been violated in this case. The first one is the "right to due process under the 5th or 14th amendments. The due process right has been couched in terms of the prisoners right to be free from an abuse of discretion on the part of prisoner administration; protection from unconstitutional administrative actions; protection of a prisoners life and health from administrative action. By defendants Ms. Coakley and Shelby Crichfield of the grievance office barring the plaintiff from exhausting his administrative remedies for reasons that were outside of their offical capacities they showed a deliberate indifference to the plaintiffs 14th amendment right, as plain as to the plaintiffs right of life and health by Defendants. F Vanihel (warden) Adrian McDonald (Head of scheduling trips) and Mike Ellis (Facility lawyer) causing the plaintiff to wait 175 days to be sent to the oral surgeon ASAP; the defendants

Showed a deliberate indifference to the Plaintiffs right to medical aid, as well as the plaintiffs right to protection of life and health from administrative action. By the medically employed defendants knowingly and intentionally allowing the plaintiff to catch 6 infections but not ordering an emergency transfer for oral surgeonry

Showed a deliberate indefference to the Plaintiffs right to adequate medical aid, as well as the Plaintiffs right to protection of life and health from administrative action.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    -OR-

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The Plaintiff is demanding 1,000.00$ a day for the 175 days he Sat in agony for a total of 175,000$ in Punitive damages.

E.   JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
   OR
☐ Court Trial – I want a judge to hear my case

Dated this __10__ day of __17th__ 20 __22__.

Respectfully Submitted,

_Le'Meue Jones_
Signature of Plaintiff

_133323_
Plaintiff's Prisoner ID Number

_P.O. Box 1111 Carlisle IN 47838_

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Le'Meue Jones_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.